IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ELNORA MCGLOTHLIN                                                                 PLAINTIFF

v.                                    Case No. 4:06-cv-4114

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                    DEFENDANT

## JUDGMENT

COMES now the Court on this the **18th day of December, 2007**, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

      /s/   Barry A. Bryant
      Honorable Barry A. Bryant
      United States Magistrate Judge